**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**NOTICE REGARDING DOCUMENTS FILED IN CASE**
**STAYED FOR BANKRUPTCY**

Appellate case name:      Service Employees International Union Local 5 v. Professional
Janitorial Service of Houston, Inc.

Appellate case number:   01-16-00988-CV

Trial court case number:  2007-27181

Trial court:                      61st District Court of Harris County


This appeal is stayed pursuant to the "Notice of Bankruptcy," that appellant Service Employees International Union Local 5 filed in this Court on December 27, 2016, stating that appellant has filed a petition for relief under Chapter 11 of Title 11, United States Code, in Case 16-80294, *In re Terence J. Martinez, Debtor*, in the United States Bankruptcy Court for the Southern District of Texas. *See* 11 U.S.C. § 362(a) (2000) (automatic stay in bankruptcy). Until the parties notify the Court that the bankruptcy has concluded and move to reinstate the case, the Court will take no further action other than to receive and hold any documents tendered during the period of suspension. *See* TEX. R. APP. P. 8.2 (providing bankruptcy suspends "the appeal" from date bankruptcy petition was filed until court reinstates or severs appeal in accordance with federal law); *see also Budzyn v. Citibank (S.D.), N.A.*, No. 01–08–00211–CV, 2010 WL 2044628, at *1 (Tex. App.—Houston [1st Dist.] May 19, 2010, no pet.) (staying "entire appeal").

Unless a party successfully moves to reinstate the appeal or sever the appeal with respect to the bankrupt party, this appeal will be an inactive case on the Court's docket. *See* TEX. R. APP. P. 8.3.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                              ☑ Acting individually      ☐ Acting for the Court


Date:  January 12, 2017